**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ALDEN K., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:18-cv-112-NT |
| | ) |
| NANCY BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 5, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. Recommended Decision (ECF No. 22). The Plaintiff filed an objection to the Recommended Decision on November 17, 2018 (ECF No. 23). The Commissioner filed a response to the objection on December 3, 2018 (ECF No. 24).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 20th day of December, 2018